**DUANE MORRIS LLP**
Gregory R. Haworth, Esq.
Steven T. Knipfelberg, Esq.
One Riverfront Plaza
1037 Raymond Blvd., Ste. 1800
Newark, New Jersey 07102
P: (973) 424-2000
F: (973) 556-1571
grhaworth@duanemorris.com
stknipfeberg@duanemorris.com
*Attorneys for Defendants*
*Velox Trucking, LLC and Armin Beric*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRANKLIN MEJIA and SERGIO RENE INFANTE,<br><br>Plaintiffs,<br><br>v.<br><br>VELOX TRUCKING, LLC, and ARMIN BERIC,<br><br>Defendants. | Civil Action No. 20-cv-01234-BRM-JAD<br><br><br>**CIVIL ACTION** |

## STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

This matter having been amicably adjusted and resolved by and between plaintiffs Franklin Mejia and Sergio Rene Infante (collectively, "Plaintiffs") and defendants Velox Trucking, LLC and Armin Beric (collectively, "Defendants"), it is hereby stipulated and agreed that the within

matter is dismissed with prejudice and that each party shall bear its own litigation expenses, including court costs and attorneys' fees.

By: _____
Franklin Mejia, *pro se plaintiff*
22-51 93rd Street
East Elmhurst, New York 11369

By: _____
Gregory R. Haworth, Esq.
Duane Morris, LLP
One Riverfront Plaza
1037 Raymond Blvd., Suite 1800
Newark, New Jersey 07102
*Attorneys for Defendants*
*Velox Trucking, LLC and*
*Armin Beric*

By: _____
Sergio Rene Infante, *pro se plaintiff*
26721 Dartmouth Street
Hemet, California 92544

IT IS SO ORDERED ON THIS __9th__ DAY OF __Sept.__, 2020

_____
The Hon. Brian R. Martinotti, U.S.D.J.

matter is dismissed with prejudice and that each party shall bear its own litigation expenses, including court costs and attorneys' fees.

By: /s/ Franklin Mejia
Franklin Mejia, *pro se plaintiff*
22-51 93rd Street
East Elmhurst, New York 11369

By: /s/ Gregory R. Haworth
Gregory R. Haworth, Esq.
Duane Morris, LLP
One Riverfront Plaza
1037 Raymond Blvd., Suite 1800
Newark, New Jersey 07102
*Attorneys for Defendants*
*Velox Trucking, LLC and*
*Armin Beric*

By: _____
Sergio Rene Infante, *pro se plaintiff*
26721 Dartmouth Street
Hemet, California 92544

IT IS SO ORDERED ON THIS 9th DAY OF Sept. , 2020

/s/ Brian R. Martinotti
The Hon. Brian R. Martinotti, U.S.D.J.

DM1\11359782.1